UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NINA SAFONOVA VON VELASCO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRUESTEES OF THE GREEN AT ) <br> SHREWSBURY CONDOMINIUM ) <br> TRUST, et al., ) <br> ) <br> Defendants. ) | Civil Action No. <br> 09-40113-FDS |

## ORDER

SAYLOR, J.

On June 16, 2009, Mozesh Rothman, a resident of Worcester, Massachusetts, filed a complaint in which Nina Safonova von Velasco, a resident of Berlin, Germany, was identified as the plaintiff. The complaint was signed by Rothman, who is not a licensed attorney but who claimed that he had general power-of-attorney for Velasco. Rothman also filed a motion for leave to proceed *in forma pauperis* in which he disclosed his own income and assets.

On October 23, 2009, the Court entered an order (#8) denying the motion to proceed *in forma pauperis* on the ground that Velasco, not Rothman, was the proper plaintiff. The Court ordered that, if Velasco wanted to pursue this action, she was required to pay the $350.00 fee or file a motion to proceed *in forma pauperis*. The Court also required Velasco either to (1) have retained counsel file a notice of appearance *and* an amended complaint; *or* (2) file a notice indicating that she would like to proceed *pro se* in this action *and* an amended complaint bearing her own signature. The Court stated that failure to comply with the order within 42 days could result in dismissal of the action without prejudice.

The 45-deadline has long passed. Although Velasco has filed an amended complaint bearing her signature, she has not complied with the other requirements of the October 23, 2009 order. She has not paid the filing fee or sought leave to proceed *in forma pauperis*. She has not filed a separate notice indicating that she intends to prosecute this action *pro se*.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to comply with the Court's October 23, 2009 order.

So ordered.

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: 4-8-2010